# United States District Court

EASTERN DISTRICT OF WISCONSIN

**JUDGMENT IN A CIVIL CASE**

STEVEN DIONNE SCOTT,
    Plaintiff,

v.                        CASE NUMBER: 14-cv-0762

CARR, KULKOSKI & STULLER SC and
ABC INSURANCE COMPANY,
    Defendants.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED this case is dismissed.

| | |
|---|---|
| February 24, 2015 | Jon W. Sanfilippo |
| Date | Clerk |
| | s/ D. Monroe |
| | (By) Deputy Clerk |